UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

○

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 13-1474-CAS-(Ex) | Date | April 3, 2013 |
|---|---|---|---|
| Title | U S BANK NATIONAL ASSOCIATION VS. GRANT GILMORE ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:**   (In Chambers:) ORDER REMANDING CASE TO THE LOS ANGELES SUPERIOR COURT

**I.   INTRODUCTION**

On June 14, 2012, plaintiff U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, National Association as Successor by Merger to Lasalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates Wmalt Series 2007-05 Trust, filed an unlawful detainer action in the Los Angeles County Superior Court against *pro se* defendants Grant Gilmore and Does 1 to 6, inclusive.  Case No. 12B03394.

On August 14, 2012, defendant Gilmore filed a notice of removal to this Court pursuant to 28 U.S.C. § 1446.  See US Bank National Ass'n v. Grant Gilmore et al., 12-cv-07004-CAS-E, Dkt. No. 1.  After issuing an order to show cause why the case should not be remanded and reviewing defendant's response, the Court remanded that case to the Los Angeles County Superior Court.  See id. Dkt. No. 10.

On October 31, 2012, defendant Gilmore again filed a notice of removal to this Court.  See US Bank National Ass'n v. Grant Gilmore et al., 12-cv-9349-CAS-E, Dkt. No. 1.  After again issuing an order to show cause why the case should not be remanded and reviewing defendant's response, the Court remanded that case to the Los Angeles County Superior Court.  See id. Dkt. No. 8.

On February 28, 2013, defendant filed a third notice of removal of this action from the Los Angeles Superior Court.  Dkt. No. 1.  As before, defendant contends that this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 13-1474-CAS-(Ex) | Date | April 3, 2013 |
|---|---|---|---|
| Title | U S BANK NATIONAL ASSOCIATION VS. GRANT GILMORE ET AL. | | |

court has jurisdiction to hear the instant case because of violations of New York and federal law, including the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq. Defendant also argues that this Court has jurisdiction pursuant to an expressly authorized exemption to the well-pleaded complaint rule under 28 U.S.C. § 1443. Finally, defendant asserts that diversity jurisdiction exists under 28 U.S.C. § 1332. See Dkt. No. 1. After reviewing defendant's third notice of removal, the Court finds and concludes as follows.

## II.  ANALYSIS

Defendant offers no new legal grounds that would support removal of this unlawful detainer proceeding to federal court. As the Court has noted twice before, the Court lacks subject matter jurisdiction over this action on the basis of a federal question, diversity of citizenship, or 28 U.S.C. § 1443. The state court proceeding remains centered around a single claim for unlawful detainer asserted by plaintiff against defendant, which does not support removal to this Court.

Accordingly, for all of the reasons articulated in the Court's two prior orders remanding this action, the Court hereby REMANDS this case to the Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |